JL

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Fredy Yovany Urizar Tzoy,

                    Petitioner,

v.

Alexis Garcia, et al.,

                    Respondents.

No.    CV-26-02307-PHX-SPL (CBD)


**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)  Petitioner seeks immediate release from custody or a bond hearing before an Immigration Judge. (*Id.* at 26-27.)  The Court directed Respondents to answer the Petition and permitted Petitioner to file a Reply. (Doc. 5.)

Respondents filed a Response to the Petition stating they do not oppose Petitioner's request for a bond hearing. (Doc. 8.)  Petitioner filed a Reply asserting that the Court should order his immediate release because, by failing to answer his request for immediate release, "Respondents have effectively conceded the factual allegations regarding [Petitioner's] unconstitutional conditions of confinement, and this Court has broad discretion under 28 U.S.C. § 2243 to grant Petitioner a 'swift, flexible, and summary determination of his claim.'" (Doc. 9.)  However, neither Petitioner's medical issues nor his conditions of confinement are a cognizable basis for habeas corpus relief. *See Muhammad v. Close*, 540 U.S. 749, 750 (2004) (per curiam) ("Challenges to the validity of any confinement or to particulars affecting its duration are the province of habeas corpus;

requests for relief turning on the circumstances of confinement may be presented in a [civil rights] action.") (citation omitted); *Pinson v. Carvajal*, 69 F.4th 1059, 1068-1070 (9th Cir. 2023).

Because the request for a bond hearing is unopposed,

**IT IS ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release him from custody.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing him a bond hearing.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 10th day of April, 2026.

_____
Honorable Steven P. Logan
United States District Judge